L. J. Berc et al. v. Karolina Krzystoff et al. Frank Nedespiel, Appellee, v. James Karban and Company, Appellant.

Gen. No. 42,086.

158

Heard in first division, first district, this court at December term, 1941; opinion filed October 26, 1942; rehearing denied November 9, 1942. Ring, Uhlir & Cuchna, for appellant; no appearance for appellee. Opinion by Justice O'Connor. "Not to be published in full."